**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7027**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HORACE OXENDINE,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  W. Earl Britt, Senior District Judge.  (CR-89-16-BR)

———————————

Submitted:  October 20, 2000        Decided:  November 3, 2000

———————————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Horance Oxendine, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Horace Oxendine appeals a district court's margin order denying his motion to correct illegal sentence. The record reflects that Oxendine has previously filed several motions pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000) and that he has not obtained authorization from this Court to file a successive motion as required by 28 U.S.C.A. § 2255 (West Supp. 2000). Because Oxendine cannot circumvent this requirement by filing what is best construed as a habeas petition under another name, we affirm the district court's order denying the motion.

AFFIRMED